IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Ladrina

Printed: 11/18/08

Case Number: 07 B 01723
Judge: Wedoff, Eugene R
Filed: 2/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,741.72 |  |
| Secured: |  | 3,350.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,077.04 |
| Trustee Fee: |  | 314.68 |
| Other Funds: |  | 0.00 |
| Totals: | 5,741.72 | 5,741.72 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,483.00 | 2,077.04 |
| 2. | Centrix Financial A/K/A FlatIron Fin | Secured | 17,241.29 | 3,350.00 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 0.04 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 97.54 | 0.00 |
| 5. | Security Finance | Unsecured | 15.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 106.00 | 0.00 |
| 7. | Resurgence Financial LLC | Unsecured | 97.11 | 0.00 |
| 8. | Professional Debt Mediation | Unsecured | 214.60 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 18.86 | 0.00 |
| 10. | Acme Credit Services | Unsecured |  | No Claim Filed |
| 11. | Acme Credit Services | Unsecured |  | No Claim Filed |
| 12. | Business Service Bureau | Unsecured |  | No Claim Filed |
| 13. | C-E Office Service | Unsecured |  | No Claim Filed |
| 14. | Business Service Bureau | Unsecured |  | No Claim Filed |
| 15. | Diversified Adjustment Service | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 19. | Fair Collections & Outsourcing | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Charter One Bank | Unsecured |  | No Claim Filed |
| 23. | University of Illinois CU | Unsecured |  | No Claim Filed |
| 24. | Tex Collect/Colection Agency | Unsecured |  | No Claim Filed |
| 25. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 26. | SBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Ladrina | Case Number: 07 B 01723 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/18/08 | Filed: 2/1/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | University of Illinois CU | Unsecured | | No Claim Filed |
| | | | $ 20,273.44 | $ 5,427.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 287.26 |
| 6.5% | 27.42 |
| | $ 314.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

